JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 487 -- IN RE THE STOUFFER CORPORATION BUILDING FIRE ON DECEMBER 4, 1980

| Date | No. | Pleading Description |
|---|---|---|
| 81/11/05 | 1 | MOTION, BRIEF, PETITION, EXHIBIT A, AFFIDAVIT, SCHEDULE OF CASES, CERT. OF SVC. -- The Stouffer Corporation. SUGGESTED TRANSFEREE DISTRICT: S.D. New York  SUGGESTED TRANSFEREE JUDGE:              (eaf) |
| 81/11/12 | | AMENDMENT TO HEARING ORDER for hearing held on Dec. 8, 1981 in West Palm Beach, Fla. to hear litigation. (eaf) |
| 81/11/16 | | APPEARANCE -- Alan E. Congdon, Esq. for The Stouffer Corp.; Paul F. Donohue, Sr., Esq. for Byers, Urban, Klug & White; Anthony J. Caputo, Esq. for William L. Crow Construction Co.; O'Connor, McGuinness, Conte, Doyle, Oleson & Collins for The Town and Village of Harrison, N.Y.; Robert Conason, Esq. for Jeanne D. Backe, etc., et al. and Virginia S. Rodrigo, etc.; Robert D. Meade, Esq. for Robert E. Balzer, etal., Charles Csaszar, et al.; Devon C. Gibbs and Thomas Goodrum, et al.; Melvin Block, Esq. for Joanne Boyd, etc.; Thomas V. Girardi, Esq. for Jan Juday, etc. and Joseph D. Jamail, Esq. for Doris L. Unger, etc.           (eaf) |
| 81/11/20 | 2 | RESPONSE, CERT. OF SVC. -- Doris L. Unger, etal. (eaf) |
| 81/11/24 | | APPEARANCE -- Gerald P. McMorrow, Esq. for Dalton, vanDijk, Johnson & Partners.   (eaf) |
| 81/12/02 | 3 | REPLY AFFIDAVIT IN FURTHER SUPPORT OF MOTION, CERT. OF SVC. -- The Stouffer Corp.    (eaf) |
| 81/12/02 | | WAIVERS OF ORAL ARGUMENT for hearing held on 12/8/81 in West Palm Beach, Florida -- Alan E. Congdon, Esq. for The Stouffer Corp.; Joseph D. Jamail, Esq. for Doris L. Unger, etc.; Gerald P. McMorrow, Esq. for Dalton, van Dijk, Johnson & Partners; Paul F. Donohue, Sr., Esq. for Byers, Urban, Klug & White; William S. Oleson, Esq. for Town & Village of Harrison; Robert Conason, Esq. for Backe, et al. and Rodrigo, etc.; Donnelly, etc., Molinaro, etc., and Perine, etc. represented by Rudolph V. Pino, Esq.              (eaf) |
| 81/12/07 | 4 | LETTER w/copy of transcript of S.D. Texas regarding A-12 Unger -- Signed by Daniel F. Shank for Stouffer Corp.(cs) |
| 82/01/13 | | CONSENT OF TRANSFEREE COURT -- for tranfer of litigation to S.D.N.Y. -- signed by Judge Macmahon (ds) |
| 82/01/13 | | TRANSFER ORDER -- transferring A-12 to the S.D.N.Y. before Judge Abraham D. Sofaer. -- Notified involved judges, clerks and counsel.                    (ds) |
| 82/01/18 | 5 | LETTER/RESPONSE -- Pltf. Unger -- Re: Status of A-12 -- w/svc.   (emh) |
| 82/02/12 | | CORRECTION ORDER -- Correcting C.A. No. of A-10 and adding N.Y. C.A. No. for A-8 -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL  (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/02/14 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-12 Unger, etc. v. The Stouffer Corp., S.D.N.Y., 81-Civ-2608 (S.Tex., H-81-51) -- Notified involved counsel and judges. (eaf) |
| 83/02/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 Patsy Carter v. Stouffer Corp., et al., N.D. Ohio, C.A. No. C-82-3424 -- NOTIFIED INVOLVED JUDGES AND COUNSEL  (cds) |
| 83/03/02 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-12 Unger, etc. v. The Stouffer Corp., S.D.N.Y., 81-Civ-2608 (S.D.Tex., H-81-51) -- NOTIFIED INVOLVED JUDGE AND CLERKS  (cds) |
| 83/03/08 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 Carter v. Stouffer Corp., et al., N.D. Ohio, C.A. No. C82-3424 -- NOTIFIED INVOLVED CLERKS AND JUDGES  (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. __487__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE STOUFFER CORPORATION BUILDING FIRE ON DECEMBER 4, 1980

## SUMMARY OF LITIGATION

| Hearing Dates 12/8/81 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 1/13/82 | TO | (unpub.) | S.D. New York | Hon. Abraham Sofaer | |

Special Transferee Information

DATE CLOSED: May 29, 1984

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 487 -- IN RE THE STOUFFER CORPORATION BUILDING FIRE ON DECEMBER 4, 1980

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jeanne D. Backe, etc., et al. v. The Stouffer Corp., et al. | S.D.N.Y. Sofaer | 81-CIV-2608 | | | 5/29/84 D | |
| A-2 | Robert E. Balzer, et al. v. The Stouffer Corporation, et al. | S.D.N.Y. Sofaer | 81-CIV-5413 | | | 5/29/84 D | |
| A-3 | Joanne Boyd, etc. v. The Stouffer Corporation, et al. | S.D.N.Y. Sofaer | 81-CIV-3112 | | | 5/29/84 D | |
| A-4 | Charles Csaszar, et al. v. The Stouffer Corporation, et al. | S.D.N.Y. Sofaer | 81-CIV-5418 | | | 5/29/84 D | |
| A-5 | Dorothy B. Donnelly, etc., et al. v. The Stouffer Corporation | S.D.N.Y. Sofaer | 81-CIV-4482 | | | 5/29/84 D | |
| A-6 | Devon C. Gibbs v. The Stouffer Corporation, et al. | S.D.N.Y. Sofaer | 81-CIV-5416 | | | 5/29/84 D | |
| A-7 | Thomas Goodrum, et al. v. The Stouffer Corporation, et al. | S.D.N.Y. Sofaer | 81-CIV-5417 | | | 5/29/84 D | |
| A-8 | Nan Juday, etc. v. The Stouffer Corp. | S.D.N.Y. Sofaer | 81 Civ 7693 | | | 5/29/84 D | |
| A-9 | Shirley Ann Molinaro, etc. v. The Stouffer Corporation | S.D.N.Y. Sofaer | 81-CIV-2587 | | | 5/29/84 D | |
| A-10 | Carol Jean Perine, etc. v. The Stouffer Corporation | S.D.N.Y. Sofaer | 81-CIV-5747 | | | 5/29/84 D | |
| A-11 | Virginia S. Rodrigo, etc. v. The Stouffer Corporation, et al. | S.D.N.Y. Sofaer | 81-CIV-2815 | | | 5/29/84 D | |
| A-12 | Doris L. Unger, etc. v. The Stouffer Corp. | S.D.Tex. McDonald | H-81-51 | 1/13/82 | 82-0315 | | |

DOCKET NO. ___487___ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-13 | Patsy A. Carter v. Stouffer Corp., et al.     2/18/83 | N.D.Ohio Aldrich | C82-3424 | 3/8/83 | 83-2051 ros 5/29/84 | | |
| XYZ-14 | Robert G. Schult v. TheStouffer Corp. et al. | S.D.N.Y. | 81 Civ 7571 | | | 5/29/84 | |
| XYZ-15 | Doris L. Unger v. The Stouffer Corp. | S.D.N.Y. | 82 Civ 1015 | | | 5/29/84 | |
| XYZ-16 | Cynthia A. Summey, etc. v. The Stouffer Corp., et al. | S.D.N.Y. | 82 Civ4020 | | | 5/29/84 | |
| XYZ-17 | Jeanne D. Backe, et al. v. Minnesota Mining and Manufacturing Co., et al. | S.D.N.Y. | 82 Civ 7107 | | | 5/29/84 | |
| XYZ-18 | Dorothy Donnelly, etc. v. Minnesota Mining and Manufacturing Co., et al. | S.D.N.Y. | 82 Civ 7409 | | | 5/29/84 | |
| XYZ-19 | Doris Unger, et al. v. Minnesota Mining and Manufacturing Co., et al. | S.D.N.Y. | 82 Civ7925 | | | 5/29/84 | |
| XYZ-20 | Jeanne Backe, etc. v. Wonderly's Custom Draperies | S.D.N.Y. | 82 Civ 7986 | | | 5/29/84 | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-21 | Cynthia Summey, etc. v. Carpets from London, Inc., et al. | S.D.N.Y. | 82 Civ 8052 | | | 5/29/84 | |
| XYZ-22 | Patsy A. Carter, etc. v. William L. Corw Construction Co., et al. | S.D.N.Y. | 83 Civ 867 | | | 5/29/84 | |
| XYZ-23 | Samuel D. Blair, et al. v. The Stouffer Corp., et al. | S.D.N.Y. | 83 Civ 7004 | | | 5/29/84 | |
| XYZ-24 | Thomas Goodrum v. Carpets from London, Inc. | S.D.N.Y. | 83 Civ8618 | | | 5/29/84 | |

*July 1984 — 23 Dis / 1 Rem / Docket Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 487 -- IN RE THE STOUFFER CORPORATION BUILDING FIRE

ON DECEMBER 4, 1980

THE STOUFFER CORPORATION
Alan E. Congdon, Esq.
Congdon, Flaherty, O'Callaghan,
  Wolstein & Reid
600 Old Country Road
Garden City, New York  11530

BYERS, URBAN, KLUG & WHITE
(as successor to Byers, Urban,
 Klug & Pittenger)
Paul F. Donohue, Sr., Esq.
Paul F. Donohue Associates, P.C.
101 Columbia Street
Albany, New York  12210

WILLIAM L. CROW CONSTRUCTION COMPANY
Anthony J. Caputo, Esq.
175 Main Street
White Plains, New York  10601

THE TOWN AND VILLAGE OF HARRISON, N.Y.
O'Connor, McGuinness, Conte, Doyle,
  Oleson & Collins
Bar Building
White Plains, New York  10601

DALTON, vanDIJK, JOHNSON & PARTNERS
Gerald P. McMorrow, Esq.
Morris, Graham, Stephens & McMorrow
390 North Broadway
Jericho, New York  11753

JEANNE D. BACKE, ETC. ET AL. (A-1)
VIRGINIA S. RODRIGO, ETC. (A-11)
Robert Conason, Esq.
David G. Miller, Esq.
Gair, Gair & Conason
80 Pine Street
New York, New York  10005

ROBERT E. BALZER, ET AL. (A-2)
CHARLES CSASZAR, ET AL. (A-4)
DEVON C. GIBBS (A-6)
THOMAS GOODRUM, ET AL. (A-7)
Robert D. Meade, Esq.
Bleakley Schmidt, P.C.
Two William Street
White Plains, New York  10601

JOANNE BOYD, ETC. (A-3)
Melvin Block, Esq.
16 Court Street
Brooklyn, New York  11241

JAN JUDAY, ETC. (A-8)
Thomas V. Girardi, Esq.
445 South Figueroa Street
Suite 1750
Los Angeles, California  90071

DOROTHY B. DONNELLY, ETC. (A-5)
SHIRLEY ANN MOLINARO, ETC. (A-9)
CAROL JEAN PERINE, ETC. (A-10)
Charles F. Krause, Esq.
Lawrence B. Goldhirsch, Esq.
Speiser & Krause, P.C.
200 Park Avenue
The Pan Am Building
New York, New York  10166

DORIS L. UNGER, ETC. (A-12)
Joseph D. Jamail, Esq.
Jamail, Kolius & Mithoff
3300 One Allen Center
Houston, Texas  77002

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO.  487    -- In re  the Stouffer Corp. Building Fire on December 4, 1980

---

PATSY A. CARTER (B-13)
Donald P. Traci, Esquire
Robert A. Marcis, Esquire
Spangenberg, Shibley, Traci & Lancione
1500 National City Bank Building
Cleveland, Ohio 44114

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __487__ -- IN RE THE STOUFFER CORP. BUILDING FIRE ON DECEMBER 4, 1980

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Stouffer Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, B-13 |
| Byers, Urban, Klug & White, as successor to Byers, Urban, Klug&Pittenger | A-1, A-2, A-3, A-4, A-6, A-7, A-11, B-13 |
| Dalton, vanDIJK, Johnson & Partners | A-1, A-2, A-3, A-4, A-6, A-7, A-11, B-13 |
| William L. Crow Construction Company | A-1, A-2, A-3, A-4, A-6, A-7, A-11, B-13 |
| The Town and Village of Harrison, New York | A-2, A-4, A-6, A-7 |