DOCKET NO. 487

JAN 13 1982

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE STOUFFER CORPORATION BUILDING FIRE ON DECEMBER 4, 1980

TRANSFER ORDER

This litigation consists of twelve actions pending in two federal districts: eleven in the Southern District of New York and one in the Southern District of Texas. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the Texas action to the Southern District of New York for coordinated or consolidated pretrial proceedings with the actions pending there. The motion is brought by the Stouffer Corporation, a defendant in all twelve federal actions.

The Panel finds on the basis of the papers submitted[1/] that the actions in this litigation raise common questions of fact and that centralization of all actions in the Southern District of New York under Section 1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All twelve actions share factual questions concerning the cause or causes of a fire in the Stouffer conference center building in Harrison, New York and the manner in which the fire spread. Centralization under Section 1407 is therefore necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

The Southern District of New York is clearly the most preferable transferee district. Since the disaster occurred in that district, many witnesses, as well as the physical evidence of the fire, are located there. Also, eleven of the twelve actions before the Panel are already pending in the Southern District of New York. In addition, the files of the state district attorney who investigated the fire are situated in New York and a criminal action arising from the fire is planned for trial soon in New York state court.

---

1/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Southern District of Texas be, and the same hereby is, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Abraham Sofaer for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-487 -- In re the Stouffer Corporation Building Fire on December 4, 1980

    Southern District of Texas

Doris L. Unger, etc. v. The Stouffer Corp., C.A. No. H-81-51

    Southern District of New York

Jeanne D. Backe, etc., et al. v. The Stouffer Corporation, et al., C.A. No. 81 Civ 2608

Robert E. Balzer, et al. v. The Stouffer Corporation, et al., C.A. No. 81 Civ 5413

Joanne Boyd, etc. v. The Stouffer Corporation, et al., C.A. No. 81 Civ 3112

Charles Csaszar, et al. v. The Stouffer Corporation, et al., C.A. No. 81 Civ 5418

Dorothy B. Donnelly, etc., et al. v. The Stouffer Corporation, C.A. No. 81 Civ 4482

Devon C. Gibbs v. The Stouffer Corporation, et al., C.A. No. 81 Civ 5416

Thomas Goodrum, et al. v. The Stouffer Corporation, et al., C.A. No. 81 Civ 5417

*Nan Juday, etc. v. The Stouffer Corporation, C.A. No.

Shirley Ann Molinaro, etc. v. The Stouffer Corporation, C.A. No. 81 Civ 2587

Carol Jean Perine, etc. v. The Stouffer Corporation, C.A. No. 81 Civ 574

Virginia S. Rodrigo, etc. v. The Stouffer Corporation, et al., C.A. No. 81 Civ 2815

* This action was recently transferred from the Central District of California to the Southern District of New York under 28 U.S.C. §1404(a).